UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DWAYANE M. WRIGHT,

          Plaintiff,

    v.

SHAN, et al.,

          Defendants.

Case No. 2:25-cv-00689-TLN-CKD

**ORDER**

This matter is before the Court on Plaintiff's Motion to Consolidate Cases. (ECF No. 16.) On December 15, 2025, the assigned magistrate judge filed findings and recommendations, which were served and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 17.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 17) are ADOPTED IN FULL;

2.    Plaintiff's motion to consolidate cases (ECF No. 16) is GRANTED in part;

///

1

a.  Plaintiff's request to consolidate cases *Wright v. Shan, et al.*, Case No. 2:25-cv-00689-TLN-CKD, *Wright v. Long*, Case No. 2:25-cv-00690-DC-JDP, *Wright v. Elk Grove Federal Probation Office, et al.*, Case No. 2:25-cv-00691-DAD-AC, and *Wright v. Mariam, et al.*, Case No. 2:25-cv-00692-DC-CSK is denied.

b.  Instead, cases *Wright v. Shan, et al.*, Case No. 2:25-cv-00689-TLN-CKD, *Wright v. Elk Grove Federal Probation Office, et al.*, Case No. 2:25-cv-00691-DAD-AC, and *Wright v. Mariam, et al.*, Case No. 2:25-cv-00692-DC-CSK are related and assigned to the same District Judge and Magistrate Judge.

c.  Case *Wright v. Long*, Case No. 2:25-cv-00690-DC-JDP is not related because it is closed.

Date: May 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE